# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-5823

_____

MALCOLM GAINEY,

Appellant,

v.

WASHINGTON COUNTY, FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Washington County.
Wade Mercer, Judge.

May 25, 2018

PER CURIAM.

AFFIRMED.

WINOKUR, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Margaret Philips Zabijaka and Jack R. Wallace of Constangy, Brooks, Smith & Prophete, LLP, Jacksonville, for Appellee.